

# Fourth Court of Appeals
## San Antonio, Texas

July 10, 2014

No. 04-13-00887-CV

Aurora A. **RODRIGUEZ**, Israel Rodriguez, Edelmiro Romeo Alvarez, Silverio Simon Alvarez, Anita Irma Guerra, Emilio Roman Alvarez, Adrian Alvarez, Teodoro Alvarez, Jr., and Primitivo Alvarez,
Appellants

v.

Ventura **HERNANDEZ**,
Appellee

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-11-423
Honorable Jose Luis Garza, Judge Presiding

# O R D E R

The appellee's brief was originally due to be filed on June 9, 2014. The appellee's first motion for extension of time was granted, extending the deadline for filing the brief to July 9, 2014. On July 7, 2014, the appellee filed a motion requesting an additional extension of time to file the brief. Although the motion did not contain a specific extension request, the appellee's attorney verbally informed the court that he was requesting an additional thirty day extension, for a total extension of sixty days. The motion is GRANTED. **THIS IS THE FINAL EXTENSION OF TIME THAT THE APPELLEE WILL BE GRANTED**. The appellee's brief must be filed by August 8, 2014, or the case will be set "at issue" and will be submitted without the appellee's brief.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of July, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court